# EXHIBIT B

BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| IN RE SHORT SQUEEZE ANTITRUST LITIGATION | MDL NO. |
|---|---|

## SCHEDULE OF ACTIONS

Pursuant to Rule 6.1(b)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs Shane Cheng and Terell Sterling provides the following information on the actions that will be affected by this motion:

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Andrew B. Courtney<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Southern District of Florida | Honorable Anuraag H. Singhal | 0:21-cv-60220-AHS | 1/28/2021 |
| **Plaintiff:**<br>Christian A. Dalton, *Individually and on Behalf of All Others Similarly Situated*<br><br>**Defendants:**<br>Robinhood Securities, LLC; Robinhood Financial LLC; Robinhood Markets, Inc. | California Northern District | Honorable Kandis A. Westmore (Magistrate) | 4:21-cv-00697-KAW | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Chance Daniels, *individually, and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; TD Ameritrade, Inc.; Citadel Securities, LLC; Charles Schwab & Co., Inc.; Interactive Brokers, LLC; Open to the Public Investing, Inc.; Webull Financial, LLC | District of Colorado | Honorable Scott T. Varholak (Magistrate) | 1:21-cv-00290-STV | 1/28/2021 |
| **Plaintiff:**<br>Robert Days<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Financial LLC; Robinhood Securities, LLC | California Northern District | Honorable Kandis A. Westmore (Magistrate) | 4:21-cv-00696-KAW | 1/28/2021 |
| **Plaintiff:**<br>Peter Fray, *individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC Robinhood Markets, Inc.; | Southern District of Florida | Honorable Rodolfo A. Ruiz II | 0:21-cv-60226-RAR | 1/28/2021 |
| **Plaintiff:**<br>Richard Joseph Gatz<br><br>**Defendants:**<br>Robinhood Financial, LLC | Northern District of Illinois | Honorable Robert W. Gettleman | 1:21-cv-00490 | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Hanna Kayali, Mohammed A. Doleh, *individually and on behalf of others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC; Melvin Capital Management, LP; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab and Co. Inc.; The Depository Trust Company; The Depository Trust & Clearing Corporation; Does 1-10 | Central District of California | Honorable Michael R. Wilner (Magistrate) | 2:21-cv-00835-VAP-MRW | 1/28/2021 |
| **Plaintiff:**<br>Hanna Kayali, Mohammed A. Doleh<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Enterprise Americas, LLC; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; Melvin Capital Management, LP; The Depository Trust Company; The Depository Trust & Clearing Corporation; Does 1-10 | Northern District of Illinois | Honorable Matthew F. Kennelly | 1:21-cv-00510 | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Timothy A. Nordeen, Aaron Kolysko<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC Robinhood Markets, Inc.; | Southern District of California | Honorable Marilyn L. Huff | 3:21-cv-00167-H-BLM | 1/28/2021 |
| **Plaintiff:**<br>Brian Omahne, *individually and behalf of all those similarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC Robinhood Markets, Inc.; | Western District of Pennsylvania | Honorable Stephanie L. Haines | 3:21-cv-00013-SLH | 1/28/2021 |
| **Plaintiff:**<br>Austin Schaff, *on behalf of himself and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Financial LLC; Robinhood Securities, LLC | Middle District of Florida | Honorable Christopher Tuite (Magistrate) | 8:21-cv-00216-TPB-CPT | 1/28/2021 |
| **Plaintiff:**<br>David Wieg, *individually and on behalf of other members of the general public simiarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities LLC;<br>Robinhood Markets, Inc. | California Northern District | Honorable Nathanael Cousins (Magistrate) | 5:21-cv-00693-NC | 1/28/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Royal Williams, *individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Webull Financial LLC | Southern District of New York | Honorable Denise L. Cote | 1:21-cv-00799-DLC | 1/28/2021 |
| **Plaintiff:**<br>Zachary Ziegler<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | District of Connecticut | Honorable Vanessa L. Bryant | 3:21-cv-00123-VLB | 1/28/2021 |
| **Plaintiff:**<br>Bartosz Zybura<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | District of New Jersey | Honorable James B. Clark III (Magistrate) | 2:21-cv-01348-KM-JBC | 1/28/2021 |
| **Plaintiff:**<br>Steven Baird<br><br>**Defendants:**<br>Robinhood Financial LLC<br>Robinhood Markets Inc.<br>Robinhood Securities LLC | Northern District of Florida | Honorable Martin A. Fitzpatrick (Magistrate) | 4:21-cv-00061-WS-MAF | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Sagi Cezana, *on behalf of himself and all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities LLC; Robinhood Markets, Inc. | California Northern District | Honorable Sallie Kim (Magistrate) | 3:21-cv-00759-SK | 1/29/2021 |
| **Plaintiff:**<br>Levi Cobos, *an individual and those similarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Central District of California | Honorable Charles F. Eick (Magistrate) | 2:21-cv-00843-CBM-E | 1/29/2021 |
| **Plaintiff:**<br>Jonathan Diamond, *on behalf of himself and all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; John Does 1-10 | Middle District of Florida | Honorable Daniel C. Irick (Magistrate) | 6:21-cv-00207-WWB-DCI | 1/29/2021 |
| **Plaintiff:**<br>Josh Gossett, James LaPlant, Danielle Perreault, Maurice Scarborough, Scott Schiller, *each individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Securities, LLC; Robinhood Markets, Inc.; Does 1-100, inclusive | Central District of California | Honorable Charles F. Eick (Magistrate) | 2:21-cv-00837-FMO-E | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Patryk Krasowski, Nick Parker<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities LCC; Citadel Securities LLC; Citadel Enterprise Americas LLC; *formerly known as* Citadel LLC | California Northern District | Honorable Thomas S. Hixson (Magistrate) | 3:21-cv-00758-TSH | 1/29/2021 |
| **Plaintiff:**<br>Marcus Lagmanson, Anthony R Reyes, Brian Belderrain, *individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Securities, LLC; Robinhood Financial, LLC; TD Ameritrade, Inc.; E*Trade Financial Corp. | Northern District of Illinois | Honorable Robert W. Gettleman | 1:21-cv-00541 | 1/29/2021 |
| **Plaintiff:**<br>Matthew M Lavin<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Securities, LLC; Citadel Enterprise Americas, LLC; Melvin Capital Management LP | Eastern District of Virginia | Honorable Michael S. Nachmanoff (Magistrate) | 1:21-cv-00115-CMH-MSN | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Asad Noorzaie<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Securities, LLC; Robinhood Financial, LLC, John Does | District of New Jersey | Honorable Douglas E. Arpert (Magistrate) | 3:21-cv-01361-BRM-DEA | 1/29/2021 |
| **Plaintiff:**<br>Taylor Perri, Ryan Heitz, Kevin Sheehan<br><br>**Defendants:**<br>Robinhood Markets, Inc.; Robinhood Securities, LLC; Robinhood Financial LLC | Middle District of Florida | Honorable Julie S. Sneed (Magistrate) | 8:21-cv-00234-MSS-JSS | 1/29/2021 |
| **Plaintiff:**<br>Ryan Zachary Ross, Drew Hunnicutt, Erika Mercado, C. Louis Bunya<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; TD Ameritrade, Inc.; TD Ameritrade Clearing, Inc.; TD Ameritrade Holding Corporation; The Charles Schwab Corporation; Webull Financial LLC | Southern District of Texas | Honorable Keith P. Ellison | 4:21-cv-00292 | 1/29/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Austin Schaff, *on behalf of himself and on behalf of all others similarly situated*<br><br>**Defendants:**<br>TD Ameritrade, Inc. | Middle District of Florida | Honorable Julie S. Sneed (Magistrate) | 8:21-cv-00222-WFJ-JSS | 1/29/2021 |
| **Plaintiff:**<br>Marc A. Fresa<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc | District of Connecticut | Honorable Alfred V. Covello | 3:21-cv-00134-AVC | 1/30/2021 |
| **Plaintiff:**<br>Andrea Juncadella, Patrick Young, Ethan Arellano, Travis Elliott, Jessica Hines, Michelle del Valle, Michael Ridpath, Charles Fellows, Bryan Joyner, Christine Bukowski, Carolyn Collier, Amanda Giuliani, Chastity Woodward, Matt Scime, William Urrutia<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc; Citadel LLC dba Citadel Securities; Point72 Asset Management, L.P. | Southern District of Florida | Honorable Cecilia M. Altonaga | 1:21-cv-20414-CMA | 1/30/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Brian Ng, Chetan Patel, Anuj Kapur, Jayesh Shah, Summit Thakral<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc; Does 1-50 | Southern District of Texas | Honorable Kenneth M. Hoyt | 4:21-cv-00311 | 1/30/2021 |
| **Plaintiff:**<br>Brendon Nelson<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc; | Southern District of New York | Honorable Jesse M. Furman | 1:21-cv-00777-JMF | 1/31/2021 |

10

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Shane Cheng, Terell Sterling; *individually, and on behalf of others similarly situated*<br><br>**Defendants:**<br>Ally Financial Inc.; Alpaca Securities LLC; Cash App Investing LLC; Square Inc.; Dough LLC; Morgan Stanley Smith Barney LLC; E*Trade Securities LLC; E*Trade Financial Corporation; E*Trade Financial Holdings, LLC; eToro USA Securities, Inc.; Freetrade, Ltd.; Interactive Brokers LLC; M1 Finance, LLC; Open to the Public Investing, Inc.; Robinhood Financial, LLC; Robinhood Markets, Inc.; Robinhood Securities, LLC; IG Group Holdings PLC; Tastyworks, Inc.; TD Ameritrade, Inc.; The Charles Schwab Corporation; Charles Schwab & Co. Inc.; FF Trade Republic Growth, LLC; Trading 212 Ltd.; Trading 212 UK Ltd.; WeBull Financial LLC; Fumi Holdings, Inc.; Stash Financial, Inc.; Barclays Bank PLC; Citadel Enterprise Americas, LLC; Citadel Securities LLC; Melvin Capital Management LP; Sequoia Capital Operations LLC; Apex Clearing Corporation; The Depository Trust & Clearing Corporation | California Northern District | Honorable Sallie Kim (Magistrate) | 3:21-cv-00781-SK | 2/1/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Larry Cherry<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc | Northern District of Illinois | Honorable Matthew F. Kennelly | 1:21-cv-00574 | 2/1/2021 |
| **Plaintiff:**<br>Elvia Curiel-Ruth<br><br>**Defendants:**<br>Robinhood Securities LLC; Robinhood Financial LLC; Robinhood Markets, Inc.; Charles Schwab & Co., Inc.; Charles Schwab Corporation; TD Ameritrade, Inc.; WeBull Financial LLC; E*Trade Financial Corporation; Interactive Brokers LLC; Citadel Enterprise Americas, LLC; Melvin Capital Management LP | California Northern District | Honorable Thomas S. Hixson (Magistrate) | 3:21-cv-00829-TSH | 2/2/2021 |
| **Plaintiff:**<br>Mark Feeney, Jason Fossella<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | California Northern District | Honorable Susan van Keulen (Magistrate) | 5:21-cv-00833-SVK | 2/2/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>Jordan Krumenacker, *individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Charles Schwab & Co., Inc. | California Northern District | Honorable Yvonne Gonzalez Rogers | 4:21-cv-00838-YGR | 2/2/2021 |
| **Plaintiff:**<br>Steven Minnick, Jhanna White, *individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial LLC; Robinhood Securities, LLC; Robinhood Markets, Inc. | Eastern District of Pennsylvania | Honorable Mark A. Kearney | 2:21-cv-00489-MAK | 2/2/2021 |
| **Plaintiff:**<br>Damon Muncy, *Individually and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Securities, LLC; Robinhood Financial, LLC; Robinhood Markets, Inc.; Does 1-100 | District of New Jersey | Honorable Mark Falk (Magistrate) | 2:21-cv-01729-CCC-MF | 2/2/2021 |
| **Plaintiff:**<br>Michael D Scalia<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; | Southern District of Florida | Honorable Donald M. Middlebrooks | 9:21-cv-80238-DMM | 2/2/2021 |

| Case Captions | Court | Judge | Civil Action No. | Date Filed |
|---|---|---|---|---|
| **Plaintiff:**<br>James Hiscock, *individually and on behalf of the class described below*<br><br>**Defendants:**<br>TD Ameritrade, Inc | Northern District of Illinois | Honorable John Z. Lee | 1:21-cv-00624 | 2/3/2021 |
| **Plaintiff:**<br>David Moody, Julie Moody, *on behalf of themselves and on behalf of all others similarly situated*<br><br>**Defendants:**<br>Robinhood Financial, LLC; Robinhood Securities, LLC; Robinhood Markets, Inc.; Citadel Securities LLC; Citadel Enterprise Americas LLC | California Northern District | Honorable Joseph C. Spero (Magistrate) | 3:21-cv-00861-JCS | 2/3/2021 |