BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

<u>**IN RE: JANUARY 2021 SHORT SQUEEZE**</u>
<u>**TRADING LITIGATION**</u>                                    **MDL No. 2989**

**<u>PROOF OF SERVICE</u>**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance were served by Email on February 17, 2021 to the following:

**Andrea Juncadella, et al. v. Robinhood Financial, et al., S.D. FL No. 1:21-cv-20414**

**Served via Email**
Dawson K. Robinson
Bartlit Beck LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Email: dawson.robinson@bartlitbeck.com
**Counsel for Defendant Citadel LLC d/b/a Citadel Securities**

**Served via Email**
Daniel J. Kramer
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Email: dkramer@paulweiss.com
**Counsel for Defendant Point72 Asset Management, L.P.**

Dated: February 17, 2021                     Respectfully submitted,

                                             */s/ Natalia M. Salas*
                                             Natalia M. Salas, Esq.
                                             **THE FERRARO LAW FIRM, P.A.**
                                             600 Brickell Avenue, Suite 3800
                                             Miami, FL 33131
                                             Tel: (305) 375-0111
                                             Fax: (305) 379-6222
                                             Email: nms@ferrarolaw.com

                                             *Counsel for Plaintiffs*