**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** SHORT SQUEEZE ANTITRUST LITIGATION     **MDL No. 2989**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance (JPML Form 18), and accompanying attachment, were served on all parties in the following cases electronically via ECF on February 18, 2021.

                         Respectfully Submitted,

                         /s/ Alexander G. Cabeceiras
                         Alexander G. Cabeceiras, Esq.
                         One Penn Plaza, Suite 4905
                         New York, New York 10119
                         T: (212) 587-0760
                         F: (212) 587-4169
                         *Attorneys for DAVID WIEG, ZACHARY ZIEGLER, PETER FRAY, BARTOSZ ZYBURA, BRENDON NELSON, STEVEN MINNICK, JHANNA WHITE, et al.*

Date: February 18, 2021