BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL. NO. 2989 |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multi-District Litigation, the undersigned hereby certifies that on February 23, 2021, a copy of the foregoing was filed via the JPML CM/ECF System, which will provide electronic service notification to all counsel of record.

Dated: February 23, 2021

VARNELL & WARWICK, P.A.

BY: /S/ JANET R. VARNELL
Janet R. Varnell; FBN: 0071072
Brian W. Warwick; FBN: 0605573
Matthew T. Peterson, FBN: 1020720
Erika Willis, FBN: 100021
1101 E. Cumberland Ave., Suite 201H, #105
Tampa, Florida 33602
Telephone: (352) 753-8600
Facsimile: (352) 504-3301
jvarnell@varnellandwarwick.com
bwarwick@varnellandwarwick.com
mpeterson@varnellandwarwick.com
ewillis@varnellandwarwick.com
kstroly@varnellandwarwick.com

*Attorneys for Plaintiff Jonathan Diamond*