BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL DOCKET NO. 2989 |

**PROOF OF SERVICE**

In compliance with U.S. Judicial Panel on Multidistrict Litigation Rule of Procedure 4.1(a), I hereby certify that on February 25, 2021, I caused the foregoing Notice of Appearance with accompanying attachments and this Proof of Service to be electronically filed with the Clerk of the U.S. Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's electronic case filing system will automatically serve copies of the above documents on all registered CM/ECF users, or as indicated below.

I further certify that Plaintiffs Cheng and Sterling have undertaken efforts to complete service on Defendants Freetrade LTD, located at 32-38 Leman Street, London, E1 8EW, United Kingdom, Trade Republic, Kastanienallee 32, 10435 Berlin, Germany; Trading 212 Ltd., located at 3 Lachezar Stanchev Str., Litex Tower, Floor 10, Sofia 1797, Bulgaria; and Trading 212 UK Ltd., located at 107 Cheapside, London, EC2V 6DN, United Kingdom (collectively, the "Overseas Defendants"), but to date have not identified counsel or an agent located in the United States to accept service on its behalf.

1

Accordingly, Plaintiffs are preparing to formally serve documents identified above on the overseas defendants under the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Hague Convention) and will amend this Proof of Service when service is completed.

Dated: February 25, 2021                By:    /s/ *Sean Robertson*
                                               Sean Robertson

| Via U.S. Mail ||
|---|---|
| **Plaintiffs** ||
| Larry Cherry<br>P.O. Box 1677<br>South Holland, IL 60473<br><br>*Pro Se* | |

| Via U.S. Mail ||
|---|---|
| **Defendants** ||
| Ally Financial Inc.<br>c/o The Corporation Company<br>40600 Ann Arbor Rd., E Ste. 201<br>Plymouth, Michigan 48170 | Alpaca Securities LLC<br>c/o John Torola<br>20 N. San Mateo Drive Ste 10<br>San Mateo, California 94401 |
| Apex Clearing Corporation<br>c/o National Registered Agents, Inc.<br>28 Liberty Street<br>New York, NY 10005 | Barclays Bank PLC<br>c/o Barclays Bank PLC<br>745 Seventh Avenue<br>New York, New York 10019 |
| Cash App Investing LLC<br>c/o National Registered Agents, Inc.<br>1209 Orange Street<br>Wilmington, Delaware 19801 | Charles Schwab & Co. Inc.<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930\|<br>Los Angeles, California 90017 |
| Citadel Enterprise Americas, LLC<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street | Citadel Securities LLC<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street |

| | |
|---|---|
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| dough LLC<br>c/o CT Corporation System,<br>208 SO LaSalle St. Suite 814<br>Chicago, 60604 | eToro USA Securities, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| E*TRADE Financial Corporation<br>c/o Corporation Service Company<br>100 Shockoe Slip Fl 2<br>Richmond, Virginia 23219 | E*TRADE Financial Holdings, LLC<br>c/o Corporation Service Company<br>100 Shockoe Slip Fl 2<br>Richmond, Virginia 23219 |
| E*TRADE Securities LLC<br>c/o Corporation Service Company<br>135 East 57th Street<br>New York, New York 10022 | FF Trade Republic Growth, LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, California 90017 |
| Freetrade LTD<br>Freetrade LTD<br>32-38 Leman Street<br>London, E1 8EW<br>United Kingdom | Fumi Holdings, Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington New Castle, Delaware 19801 |
| IG Group Holdings PLC<br>c/o IG US Holdings, Inc.<br>311 South Wacker, Suite 2650<br>Chicago, Illinois 60606 | Interactive Brokers LLC<br>One Pickwick Plaza<br>Greenwich, Connecticut 06830 |
| M1 Finance, LLC<br>200 N Lasalle Street, Suite 800<br>Chicago, IL 60601 | Melvin Capital Management LP<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, Delaware 19808 |
| Morgan Stanley Smith Barney LLC<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, New York 10005 | Open to the Public Investing, Inc.<br>c/o T3 Securities, Inc.<br>1 State Street Plaza, 10th Floor<br>New York, NY 10004 |
| Sequoia Capital Operations LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Ste 930<br>Los Angeles, California 90017 | Square Inc.<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, California 90017 |

| | |
|---|---|
| Stash Financial, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, Delaware 19808 | Tastyworks, Inc.<br>c/o Cogency Global, Inc.<br>850 New Burton Road, Suite 210<br>Dover, DE 19904 |
| TD Ameritrade, Inc.<br>c/o Incorporating Services Ltd.<br>5601 S. 59th St., Suite C,<br>Lincoln, Nebraska 68516 | The Charles Schwab Corporation<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, California 90017 |
| The Depository Trust & Clearing Corporation<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, New York 10005 | Trade Republic<br>Kastanienallee 32<br>10435 Berlin, Germany |
| Trading 212 Ltd.<br>3 Lachezar Stanchev Str., Litex Tower<br>Floor 10,<br>Sofia 1797, Bulgaria | Trading 212 UK Ltd.<br>107 Cheapside<br>London EC2V 6DN, United Kingdom |
| Webull Financial LLC<br>c/o Business Filings Inc.<br>108 West 13th Street<br>Wilmington, DE 19801 | |