# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE JANUARY 2021 SHORT : \
SQUEEZE TRADING LITIGATION :
:     MDL Docket No. 2989
_____ :

## PLAINTIFF AUSTIN SCHAFF'S RESPONSE IN SUPPORT OF PLAINTIFFS SHANE CHENG AND TERELL STERLING'S MOTION FOR TRANSFER AND COORDINATION OR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407

Plaintiff, Austin Schaff, hereby files his joinder to the moving Plaintiff's Motion to Transfer and Coordination or Consolidation Pursuant to 28 U.S.C. § 1407. (Dkt. 1).

Dated this 1st day of March, 2021.

                           */s/ Brandon J. Hill*
                           **BRANDON J. HILL**
                           Florida Bar Number: 0037061
                           **WENZEL FENTON CABASSA, P.A.**
                           1110 N. Florida Avenue, Suite 300
                           Tampa, Florida 33602
                           Main Number: 813-224-0431
                           Direct Dial: 813-337-7992
                           Facsimile: 813-229-8712
                           Email: bhill@wfclaw.com
                           **Attorneys for Plaintiff**