BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: January 2021 Short Squeeze Trading Litigation

MDL NO. 2989

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I caused to be served true and correct copies of the Corporate Disclosure Statement of The Depository Trust & Clearing Corporation dated February 23, 2021 (no. 57) via CM/ECF on all registered CM/ECF users and via U.S. Mail on the parties indicated below.

Dated: March 1, 2021                                        Respectfully submitted,


By:    */s/ Gregory M. Boyle*

Gregory M. Boyle
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 923-2651
Email: gboyle@jenner.com

*Counsel for Defendants The Depository Trust Company and The Depository Trust & Clearing Corporation*

# IN RE: January 2021 Short Squeeze Trading Litigation, MDL NO. 2989

## SERVICE LIST VIA U.S. MAIL

| | |
|---|---|
| Webull Financial LLC<br>c/o Business Filings Inc.<br>108 West 13th Street<br>Wilmington, DE 19801 | E Trade Financial Corp<br>c/o Corporation Service Company<br>100 Shockoe Slip Fl 2<br>Richmond, VA 23219 |
| D1 Capital Partner, L.P.<br>C/O Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 | Maplelane Capital, LLC<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Dough LLC<br>c/o Cogency Global, Inc.<br>850 New Burton Road, Suite 210<br>Dover, DE 19904 | ETrade Securities LLC<br>c/o Corporation Service Company<br>135 East 57th Street<br>New York, NY 10022 |
| Freetrade, Ltd.<br>32-38 Leman Street<br>London, E1 8EW<br>United Kingdom | IG Group Holdings PLC<br>c/o IG US Holdings, Inc.<br>311 South Wacker, Suite 2650<br>Chicago, IL 60606 |
| FF Trade Republic Growth, LLC<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Trading 212 Ltd.<br>3 Lachezar Stanchev Str., Litex Tower<br>Floor 10<br>Sofia 1797, Bulgaria |
| Trading 212 UK Ltd.<br>107 Cheapside<br>London EC2V 6DN, United Kingdom | Fumi Holdings, Inc.<br>c/o Business Filings Incorporated<br>108 West 13th Street<br>Wilmington New Castle, DE 19801 |