**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL No. 2989 |

**DEFENDANT MELVIN CAPITAL MANAGEMENT LP'S RESPONSE TO PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED AND CONSOLIDATED PRETRIAL PROCEEDINGS**

Defendant Melvin Capital Management LP ("Melvin") respectfully submits this memorandum of law in response to Plaintiffs' Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings. Melvin hereby joins in, adopts, and incorporates as though fully set forth herein the arguments set forth in Defendant Apex Clearing Corporation's Response to Plaintiffs Shane Cheng and Terell Sterling's Motion to Transfer Related Short Squeeze Actions ("Defendants' Brief"). For the reasons set forth in Defendants' Brief, Melvin respectfully requests that the Court consolidate the related cases and transfer them to the Southern District of Texas or, alternatively, the Middle District of Florida.

Respectfully Submitted.

Dated: March 1, 2021

/s/ Thomas J. Redburn, Jr.
Thomas J. Redburn, Jr.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
tredburn@lowenstein.com
Telephone: (212) 419-5899
Facsimile: (212) 262-7402

*Counsel for Melvin Capital Management LP*