**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL No. 2989 |

**SCHEDULE OF CASE CAPTIONS**

*Hanna Kayali, et al. v. Robinhood Financial, LLC, et al.*, C.D. California, 2:21-cv-00835

*Hanna Kayali, et al. v. Robinhood Financial, LLC, et al.*, N.D. Illinois, 1:21-cv-00510

*Shane Cheng, et al. v. Ally Financial Inc., et al.*, N.D. California, 3:21-cv-00781

*Dan Dechirico, et al. v. Ally Financial Inc., et al.*, E.D. New York, 1:21-cv-00677

*Sabrina Clapp, et al. v. Ally Financial Inc., et al.*, N.D. California, 3:21-cv-00896

*Ryan Zachary Ross, et al. v. Ally Financial Inc., et al.*, S.D. Texas, 4:21-cv-00292