**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL No. 2989 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel hereby notifies the Clerk of the JPML of the following potential tag-along action:

Caption: *D'Agostino et al. v. Ally Financial, Inc. et al.*, No. 1:21-cv-21458-DPG

Court: United States District Court for the Southern District of Florida

Judge: Hon. Darrin P. Gayles

A copy of the current docket sheet and complaint are attached hereto as Exhibit A.

Dated: July 27, 2021

Respectfully submitted,

*/s/ Daniel C. Levin*

Daniel C. Levin, Esq.
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
dlevin@lfsblaw.com

*Attorneys for Plaintiff*

1