**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL No. 2989 |
|---|---|

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| *Plaintiff(s)*: D'Agostino et al.<br><br>*Defendant(s)*: Ally Financial, Inc. et al | Southern District of Florida (Miami) | 1:21-cv-2145 | Judge Darrin P. Gayles |

Daniel C. Levin, Esq.
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
dlevin@lfsblaw.com

*Attorneys for Plaintiff*

1