BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION | MDL No. 2989 |

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of July, 2021, I have served a true and correct copy of the Notice of Potential Tag-Along upon the following via First Class Mail:

Maria Alina Castellanos Alvarado, Esquire
Hunton Andrews Kurth LLP
333 S.E. 2 Avenue
Suite 2400
Miami, FL 33131
*Attorney for Defendants*
*Robinhood Financial, LLC;*
*Robinhood Markets, Inc.; and*
*Robinhood Securities, LLC*

## Unrepresented Parties

Ally Financial Inc.
Ally Detroit Center
500 Woodward Ave., Floor 10
Detroit, Michigan 48226

Alpaca Securities LLC
20 N San Mateo Drive Suite 10
San Mateo, California  94401

Dough LLC
920 SW 6th Avenue Ste. 1200
Portland, Oregon 97204

ETrade Securities LLC
671 North Glebe Road
Ballston Tower
Arlington, Texas 22203

Square, Inc.
1455 Market Street, Suite 600
San Francisco, California 94103

Cash App Investing LLC
920 SW 6th Avenue Ste. 1200
Portland, Oregon 97204

Morgan Stanley Smith Barney LLC
1585 Broadway Avenue
New York, New York  10036

ETrade Financial Corporation
671 North Glebe Road
Ballston Tower
Arlington, Texas 22203

ETrade Financial Holdings, LLC
671 North Glebe Road
Ballston Tower
Arlington, Texas 22203

eToro USA Securities, Inc.
221 River St., 9th floor,
Hoboken, New Jersey 07030

Freetrade, Ltd.
32-38 Leman Street, London
United Kingdom

Interactive Brokers LLC
1 Pickwick Plaza
Greenwich, Connecticut 06830

M1 Finance, LLC
200 North La Salle Street, Suite 800
Chicago, Illinois 60601

Open To The Public Investing, Inc.
1 State Street Plaza, 10th Floor
New York, New York 10004
New York, New York

Stash Financial, Inc.
500 7th Avenue, 18th Floor
New York, New York 10018

IG Group Holdings PLC
200 West Jackson Blvd., Suite 1450
Chicago, Illinois 60606

Tastyworks, Inc
1000 W Fulton Market #220
Chicago, Illinois 60607

FF Trade Republic Growth
One Letterman Drive, Building D, 5th Floor
San Francisco, California 94129

Trading 212 Ltd.
3 Lachezar Stanchev Str., Litex Tower
Floor 10, Sofia 1797 Bulgaria

Trading 212 UK Ltd.
107 Cheapside
London, United Kingdom

WeBull Financial LLC
44 Wall Street, Ste 501
New York, New York 10005

Citadel Enterprise Americas LLC
131 South Dearborn Street
Chicago, Illinois 60603

Citadel Securities LLC
131 South Dearborn Street
Chicago, Illinois 60603

TD Ameritrade, Inc
200 South 108th Avenue
Omaha, Nebraska 68154

The Charles Schwab Corporation
211 Main Street
San Francisco, California 94105

Charles Schwab & Co. Inc.
211 Main Street
San Francisco, California 94105

Fumi Holdings, Inc.
Business Filings Incorporated
108 West 13th St
New Castle, Delaware 19801

Melvin Capital Management LP
535 Madison Avenue, 22nd Floor
New York, New York 10022

Sequoia Capital Operations LLC
2800 Sand Hill Road, Suite 101
Menlo Park, California 94025

Apex Clearing Corporation
350 N. St. Paul, Suite 1300
Dallas, Texas 75201

The Depository Trust & Clearing Corporation
55 Water Street
New York, New York 10041

 /s / Daniel C. Levin
**DANIEL C. LEVIN, ESQUIRE**